IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 MAY 30 PM 1:04

#SeanABishop, SeanABishop media company Mooninthedayto ses Facebook business manager Email Mooninthedaytv99@gmail.com

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Twitter or X

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. ABA 25-CV-1722

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

HD
Rcv'd by: AR

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question** (42 U.S. Code §1982 Property rights of citizens)
DEFINITIONS → (28 U.S. CODE §4101)
List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (12 U.S.C. §5531 Prohibiting deceptive Acts) (Violation of Privacy Act) Social Media Privacy Protection and Consumer Rights of 2018 (S.2728) Violations of Equal pay Act and Violations of 29 U.S. Code chapter 8, Covers fair Labor Standards Act (FLSA) of 1938 (S.1667) (5 U.S.C. 6809)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1. The Plaintiff(s)

      a. If the plaintiff is an individual

         The plaintiff, *(name)* ScaniaBishop , is a citizen of the State of *(name)* #Moonwintheday TV   Md.  .

      b. If the plaintiff is a corporation

         The plaintiff, *(name)* #Moonwintheday Media , is incorporated under the laws of the State of *(name)* Md. Baltimore ,
         and has its principal place of business in the State of *(name)* Hallandale FLA.  .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Sean A. Bishop
- Street Address: 620 Fallways
- City and County: Baltimore MD
- State and Zip Code: 21202
- Telephone Number: 443 866 7466
- E-mail Address: MoonIntheDayTV99@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Twitter, Twitters CEO Yaccarino
- Job or Title (if known): Elon Musk Owner
- Street Address: Market Square 1355
- City and County: Market St #900
- State and Zip Code: San Francisco United States
- Telephone Number:
- E-mail Address (if known):

2

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) _Elon Musk_, is a citizen of the State of (name) _CA._. Or is a citizen of (foreign nation) _not know_.

   b. If the defendant is a corporation

   The defendant, (name) _Twitter_, is incorporated under the laws of the State of (name) _CA.FCCC_, and has its principal place of business in the State of (name) _CA_. Or is incorporated under the laws of (foreign nation) _FCCC_, and has its principal place of business in (name) ____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   500 billion this is caped. Twitter has commited, to All persons or Account holders and general public, that it would pay $40,000, per Billion views. Now please see.... SeanA.Bishop57 At Twitter.com. more then 2.5 billion Daily followers And Impressions; 10,000 post, in the year of 2024. Thats more then $400,000,00 Daily. My Current SeanA.Bishop Account on Twitter or one of my 3 Accounts with my original Hashtags has more then 3 billions followers. with 76,000 Post each receiving more then 1 billion Daily impressions

   Please keep in mind that Twitter or X Also pays for likes Engagements etc. My Current Site on Twitter or Known As #ToxicT2 #AdultTSentertainment Has more than 3 billion to 5 billion Daily followers

5

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① Let my evidence Reflect That Twitter republishes my data using three different logos that I don't have any affilition with Sotwe.com Owned by Twitter Twittercopy TMUS

② Where Twitter is using my data to power it's new social media companies Twitter on Sotwe.com/hashtag and hastag.com And {③ Twitter Refuses to pay me product sharing}

③ Twitter Refuses to pay me product Sharing

I have reached out to About my payment money for my data And Labor thats goes in to each post, I make; nude news, fun, comedy, Art, Sports, Fashion biblical conversations with Twitter are included in Complaint

Now Twitter has committed itself to pay Ordinary Account holders on Twitter $40,000 PER billion reviews {I'm a preferred media Franchise of 10 years established} Twitter states that I need 5million or Account holders need more then 5million Impressions in 90days to be paid Twitter States that I only have 54 to 80 views per post but with 9,100 bookmarks in Amercia Alone thats more then 300 mill daily Impressions

6

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Twitter has not paid me for my Independent Media pages. As Desire of the companies paid Commitment to the General Public Information Twitter monetizes programs for Creators of Account holders with 5 million or more impressions I'm a 10 year company with more then 100 mill followers and peers when joining and signing a contract with Social Media Company of Twitter

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _June_, 2025.

Signature of Plaintiff: _Sean A. Bishop_
Printed Name of Plaintiff: _SEAN A. Bishop_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _June_, 2025.

Signature of Attorney: _Sean A. Bishop / Moointheday TV_
Printed Name of Attorney: _MoointhedayTV media offices_
Bar Number: 
Name of Law Firm: _Sean A. Bishop MoointhedayTV Media_
Address: _Property Mhngsrtldns Offices_
Telephone Number: _620 Hallways Baltimore Md_
Email Address: _114 NW 9 St Hallandale FLA 33009_

8